# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

STANLEY A. KIM, On Behalf of Himself
and Others Similarly Situated,
            Plaintiff

V.

EPIX PHARMACEUTICALS, INC., (F/K/A
EPIX MEDICAL, INC.), MICHAEL D. WEBB,
PEYTON J. MARSHALL AND ANDREW
UPRICHARD,            Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05c 10315 PBS**

TO: (Name and address of Defendant)

c/o The Prentice-Hall Corporation System, Inc., as Registered Agent
EPIX Pharmaceuticals, Inc. (F/K/A EPIX Medical, Inc.)
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK _[signature]_

FEB 16 2005
DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | MARCH 1, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID G. BEDUGNIS, SR. | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY DELIVERING SAID COPIES TO THE PRENTICE-HALL CORPORATION SYSTEM, INC., IT'S REGISTERED AGENT FOR SERVICE OF PROCESS AND GIVING IN HAND TO BERNARDO MONTANEZ, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS. SAID SERVICE WAS MADE AT 84 STATE STREET, BOSTON, MASSACHUSETTS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | XXXXXX $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/1/2005
            Date         Signature of Server

ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
            Address of Server

Signed under the pains and
penalties of perjury.

[handwritten margin notes: EPIX PHARMACEUTICALS, INC., EPIX MEDICAL, INC. C/O Prentice Hall Corp 84 STATE ST, BOS. 3/1/2005 2:05pm]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.