UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANLEY A. KIM, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,<br><br>Defendants. | Civil Action<br>No. 1:05-cv-10315-PBS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

    Attorney John F. Sylvia of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendants Epix Pharmaceuticals, Inc., Michael D. Webb, Peyton J. Marshall and Andrew Uprichard, in the above referenced action.

Dated: April 15, 2005                          Respectfully submitted,


                                                    /s/ John F. Sylvia
                                                  John F. Sylvia (BBO #555581)
                                                  Adam L. Sisitsky (BBO #637532)
                                                  MINTZ, LEVIN, COHN, FERRIS,
                                                    GLOSKY AN POPEO, P.C.
                                                  One Financial Center
                                                  Boston, MA 02111
                                                  (617) 542-6000

                                                  Counsel for Defendants

LIT 1515572v1